LAW OFFICES                    CHASAN LEYNER & LAMPARELLO
A PROFESSIONAL CORPORATION

300 HARMON MEADOW BOULEVARD
SECAUCUS, NEW JERSEY 07094-3621
TEL. (201) 348-6000
FAX (201) 348-6633
WWW.CHASANLAW.COM

COUNSEL
JOEL A. LEYNER
ARTHUR N. D'ITALIA

OF COUNSEL
HERBERT KLITZNER
JOSEPH M. ANDRESINI
ROBERT M. CZECH
MICHAEL A. D'ANTON, PH.D.

RAYMOND CHASAN
(1904-1988)

RALPH J. LAMPARELLO
ROBERT A. KAYE
CINDY NAN VOGELMAN
JOHN V. MALLON
STEVEN L. MENAKER
THOMAS R. KOBIN
ROBERT A. CAPPUZZO
JOHN L. SHAHDANIAN II
ANTHONY V. D'ELIA
MITZY GALIS-MENENDEZ
PATRICK J. ARRE
JOHN P. BEIRNE
MICHAEL D. WITT

KIM R. ONSDORFF
JORDAN S. FRIEDMAN
THOMAS A. MORRONE
ANN M. MERRITT
PETER L. MacISAAC
JOSEPH A. RUTIGLIANO
NICOLE R. CASSATA
MICHAEL A. CASSATA
MARK S. HANNA
DAVID J. HEINTJES
JOSE VILARIÑO
KIRSTIN BOHN
MICHAEL J. CUELLAR
JOSEPH A. LAGANA
JOHN M. TUNTEVSKI
RICHARD W. FOGARTY
MARIA P. VALLEJO
RAYMOND J. SEIGLER
ROBERT E. FINN

Δ   N.J. & N.Y. BARS
◊   N.J. & PA. BARS
∇   N.J. & D.C. BARS
⊕   N.J., N.M. & KS. BARS
∩   N.J. & FL. BARS

•   CERTIFIED CIVIL TRIAL ATTORNEY
+   CERTIFIED CRIMINAL TRIAL ATTORNEY
○   RULE 1:40 QUALIFIED MEDIATOR

July 14, 2009

Honorable Peter G. Sheridan, U.S.D.J
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building &
U.S. Courthouse
402 East State Street
Trenton, NJ 08608

[Handwritten notation: So Ordered / Trial is scheduled for November 9, 2009 at 10:00am / Peter M. Sheridan]

Re:     **Arias, Yanelis, et al. v Lombardi, Domenick M., et al.**
       **Docket No. CA #07-3458 (PGS)**
       **Our File No. 03307-1515**

Dear Judge Sheridan:

    I represent defendants Domenick Lombardi and Giuseppe Lombardi in connection with the above-captioned matter. I understand that a trial has been scheduled for September 1, 2009. I have longstanding vacation plans for the week of August 30 to September 7, 2009. Therefore, I am requesting that the trial be adjourned for a date in the fall. Kindly advise if any further information is needed from my office in support of this request.

    Thank you for your consideration.

                                          Respectfully submitted,

                                          **JOHN V. MALLON**
                                          For the Firm

JVM:kbb
cc:     David J. Gruber, Esq.